Eugenia Tonas et al., Appellants, v Kaufmann's Department Store, Respondent. [836 NYS2d 455]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered August 9, 2006 in a personal injury action. The order denied plaintiffs' motion to set aside the jury verdict of no cause of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.